1  MARTIN D. SINGER (BAR NO. 78166)
   SHANNON K. COOLEY (BAR NO. 244536)
2  LAVELY & SINGER
   PROFESSIONAL CORPORATION
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  (310) 556-3501

5  Attorneys for Plaintiff, Counterclaim-Defendant and Third-Party Defendants,
   **ARNOLD FASHION L.P., TOM ARNOLD and ROSEANNE**
6

7                      UNITED STATES DISTRICT COURT

8                     CENTRAL DISTRICT OF CALIFORNIA

9  ARNOLD FASHION, L.P., a California     )   CASE NO. 94-2472 HLH (JRx)
   limited partnership,                   )
10                                        )
                                          )
11          Plaintiff,                    )
                                          )
12     v.                                 )   RENEWAL OF JUDGMENT BY CLERK
                                          )
13 CELEB SALES, INC., A New York          )
   corporation, STANLEY WARNER, an        )
14 individual, 77 WORLD DESIGN and DOES)1
   through 50, Inclusive,                 )
15                                        )
            Defendants.                   )
16 _____)
   CELEB SALES, INC., a New York          )
17 corporation; and STANLEY WARNER, an    )
   individual,                            )
18                                        )
            Counter-Claimant and          )
19          Third-Party Plaintiffs,       )
                                          )
20     v.                                 )
                                          )
21 ARNOLD FASHION, .L.P., a California    )
   limited partnership,                   )
22                                        )
            Counterclaim-Defendant,       )
23                                        )
            and                           )
24                                        )
   T&R FASHION, INC., a California        )
25 corporation; ROSEANNE, an individual; and)
   TOM ARNOLD, an individual,             )
26                                        )
            Third-Party Defendants.       )
27 _____)
                                          )
28

C:\Temp\notesE1EF34\~3368189.wpd                    1

Pursuant to Federal Rules of Civil Procedure Rule 69(a) and California Code of Civil Procedure Section 683.140, the Post-Judgment Order Regarding Attorneys' Fees and Costs entered on March 25, 1998, by the Honorable Harry L. Hupp, which specifies that 1) Plaintiff and Counterclaim-Defendant Arnold Fashion, L.P. and Third-Party Defendant Tom Arnold recover from Defendant Celeb Sales, Inc. costs of suit incurred by their attorneys, Lavely & Singer Professional Corporation, in the amount of $34,069.97; 2) Plaintiff Arnold Fashion, L.P. and Third-Party Defend Tom Arnold recover from Defendant Celeb Sales, Inc. and from Defendant Stanley Warner, jointly severally, its attorney fees, as provided for in paragraph 17(c) of the Sublicense Agreements and paragraph 11 of the Guaranty, in the amount of $443,774.68; and 3) Third-Party Defendant Rosean recover from Celeb Sales, Inc. and Stanley Warner her attorney fees in the amount of $112,318.85, i hereby renewed.

MARCH 5, 2008
Date

Linda Chu      Deputy Clerk
CLERK, U.S. DISTRICT COURT

ORIGINAL

1  MARTIN D. SINGER -- BAR NO. 78166
   LAVELY & SINGER
2  PROFESSIONAL CORPORATION
   2049 Century Park East, Suite 2400
3  Los Angeles, California 90067
   (310) 556-3501
4
   Attorneys for Plaintiff and Counterclaim-Defendant
5  ARNOLD FASHION, L.P. and Third-Party Defendants
   T&R FASHION, INC., and TOM ARNOLD
6

7  THERESA A. KRISTOVICH - BAR NO. 66490
   KELLEY DRYE & WARREN
8  515 South Flower Street, Suite 1100
   Los Angeles, California 90071
9  (213) 689-1300

10 Attorneys for Third-Party Defendant
   ROSEANNE
11

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

16 ARNOLD FASHION, L.P. a           CASE NO. 94-2472 HLH (JRx)
   California limited partnership,
17                                  [PROPOSED] FINAL JUDGMENT
         Plaintiff,                 RE: ATTORNEYS' FEES AND
18                                  COSTS
   v.
19                                  [Fed.R.Civ.P. 54 & 58]
   CELEB SALES, INC., a New York
20 corporation, TT WORLD DESIGNS,
   INC., a New York Corporation,
21 STANLEY WARNER, an individual,
   and DOES 1 through 50,
22 Inclusive,

23       Defendants.

24

25 _____

26

27

28

```
 1  CELEB SALES, INC., a New York    )
    corporation; and STANLEY         )
 2  WARNER, an individual,           )
                                     )
 3         Counter-Claimants,        )
                                     )
 4  vs.                              )
                                     )
 5                                   )
                                     )
 6                                   )
    ARNOLD FASHION, L.P., a          )
 7  California limited partnership;  )
    T&R FASHION, INC., a California  )
 8  Corporation; ROSEANNE ARNOLD,    )
    an individual; and TOM ARNOLD,   )
 9  an individual,                   )
                                     )
10         Counterclaim-Defendants.  )
11  ─────────────────────────────────
```

12   This action came on for Trial on February 27, 1996, before
13  the Court and a jury, the Honorable Harry L. Hupp, District Court
14  Judge, presiding. Judgment was entered by the Court on May 30,
15  1997, in favor of Plaintiff and Counterclaim-Defendant, Arnold
16  Fashion, L.P., and Third-Party Defendants Roseanne, Tom Arnold,
17  and T&R Fashion, Inc.

18   Pursuant to the Judgment, the amount of costs to be taxed
19  against Defendants and the amount of attorney fees to be awarded
20  Plaintiff and Counterclaim Defendants as prevailing parties
21  herein were left open for resolution by the Court. On August 25,
22  1997, the Court issued an Order on Plaintiff's and Counterclaim-
23  Defendants' motions for attorney fees, providing that attorney
24  fees for the following categories of time were not recoverable:
25    1.  All time spent setting aside the dismissal of the
26  lawsuit for lack of prosecution;
27    2.  All paralegal time for both Lavely & Singer
28  Professional Corporation and Kelley, Drye & Warren;

1     3. All time which could be isolated as spent on the issue of alter ego liability;

    4. Two-thirds of the time spent on the litigation over taking the deposition of Third-Party Defendant Roseanne.

The Court ruled that all other attorney time claimed was reasonably necessary in this litigation and that the hourly rates claimed, not being opposed by Defendants/Counterclaimants, should be awarded. The Court ordered the parties to cooperate in preparing a stipulation reflecting the final amount of attorney fees permitted by the Court under the above guidelines. The Court further ordered that both Defendants be jointly and severally liable for the attorney fees of Plaintiff and of Counterclaim Defendants.

Regarding the issue of costs, Lavely & Singer Professional Corporation has submitted an Amended Bill of Costs reflecting cost items allowed by Courtroom Operations Manager Richard F. Janisch. Kelley Drye & Warren, attorneys for Third-Party Defendant Roseanne, have withdrawn their Bill of Costs. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    1. That Plaintiff and Counterclaim-Defendant Arnold Fashion, L.P. and Third-Party Defendant Tom Arnold recover from Defendant Celeb Sales, Inc. costs of suit incurred by their attorneys, Lavely & Singer Professional Corporation, in the amount of $34,069.97, pursuant to the Amended Bill of Costs entered on or about February 19, 1998;

2. That Plaintiff Arnold Fashion, L.P. and Third-Party Defendant Tom Arnold recover from Defendant Celeb Sales, Inc. and from Defendant Stanley Warner, who are jointly and severally liable, its attorney fees, as provided for in paragraph 17(c) of the Sublicense Agreements and paragraph 11 of the Guaranty, the sum of $443,774.68, determined pursuant to this Court's August 25, 1997, Order and pursuant to the Stipulation re: Attorney Fees entered by the Court on or about February 10, 1998; and

3. That Third-Party Defendant Roseanne recover from Celeb Sales, Inc. and Stanley Warner her attorney fees in the amount of $112,318.65, pursuant to the Court's August 25, 1997, Order and pursuant to the Stipulation re: Attorney Fees entered by the Court on February 10, 1998;

IT IS SO ORDERED.

Dated: March 20, 1998

Honorable Harry L. Hupp
Judge, United States District Court

1  Presented by:

2  **Martin D. Singer**
   LAVELY & SINGER
3  2049 Century Park East
   Suite 2400
4  Los Angeles, California 90067

5  **Theresa A. Kristovich**
   KELLEY, DRYE & WARREN
6  515 South Flower Street
   Suite 1100
7  Los Angeles, California 90071-2213

8

9
   By: _____        Dated: March __, ____
10         MARTIN D. SINGER
       Attorneys for Plaintiff and
11     Counterclaim-Defendant
       ARNOLD FASHION, L.P. and Third-Party
12     Defendants T&R FASHION, INC., and TOM ARNOLD

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-